


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: DR 19-CR-3002-AM |
| | § | |
| | § | **SUPERSEDING INDICTMENT** |
| v. | § | |
| | § | [VIO: COUNT ONE: 18 U.S.C § 2423(a): Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; COUNT TWO: 8 U.S.C. § 1324(a)(2)(b)(ii): Bringing Aliens to the United States; COUNT THREE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT FOUR: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation; COUNT FIVE: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States; COUNT SIX: Title 18 U.S.C. § 1001(a)(2) - False Statement or Representation Made to an Agency or Department of the United States.] |
| ONILSON DARIO JUAREZ-MENDEZ A/K/A NELSON DAVID LOPEZ | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2423(a)]

That on or about November 4, 2019, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ,

knowingly transported K.N.H., an individual who had not attained the age of 18 years, in interstate and foreign commerce from the Republic of Mexico to the United States of America with intent that K.N.H. engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO
[8 U.S.C. § 1324(a)(2)(b)(ii)]

That on or about November 4, 2019, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ,

knowing and in reckless disregard of the fact that an alien, namely, K.N.H, had not received prior official authorization to come to, enter and reside in the United States, did bring and attempted to bring to the United States said alien, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii)]

On or about November 4, 2019, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and during and in relation to the conspiracy to transport aliens, the defendant caused K.N.H to suffer a serious bodily injury, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(iii).

## COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about November 4, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: K.N.H, for the purpose of commercial advantage and private financial gain, and during and in relation to the transportation, the defendant caused K.N.H to suffer a serious bodily injury, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

## COUNT FIVE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about November 4, 2019, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about April 21, 2017, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

## COUNT SIX
[18 U.S.C. § 1001(a)(2)]

On or about November 4, 2019, in the Western District of Texas, Defendant,

ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ

did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations to a United States Border Patrol Agent, in a matter within the jurisdiction of an executive department or agency of the United States, that is, Defendant stated that he was the stepfather of the juvenile female K.N.H, knowing such statements and

representations to be false in order to avoid further inspection by United States Border Patrol Agents, all in violation of Title 18, United States Code, Section 1001(a)(2).

                                    A TRUE BILL,
                                          ORIGINAL SIGNATURE
                                          REDACTED PURSUANT TO
                                            E-GOVERNMENT ACT OF 2002
                                        FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JOSHUA B. BANISTER
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick            USAO #: 2019R22134

DATE: January 8, 2020       DIST. CT. #: DR19-CR-3002-AM

AUSA: JOSHUA B. BANISTER

DEFENDANT: ONILSON DARIO JUAREZ-MENDEZ a/k/a NELSON DAVID LOPEZ

CITIZENSHIP: HONDURAS

INTERPRETER NEEDED: YES     LANGUAGE: SPANISH

DEFENSE ATTORNEY: LANCE OGUEJIOFOR ADUBA

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED      DATE OF ARREST: November 4, 2019

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SUPERSEDING INDICTMENT

OFFENSE: (Code & Description): COUNT ONE: 18 U.S.C. § 2423(a) – TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY; COUNT TWO: 8 U.S.C. § 1324(a)(2)(b)(ii) – BRINING ALIENS TO THE UNITED STATES; COUNT THREE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNT FOUR: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii) - TRANSPORTATION OF ILLEGAL ALIENS; COUNT FIVE: 8 U.S.C. § 1326(a) & (B)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION; COUNT SIX: 18 U.S.C. § 1001(a)(2) - FALSE STATEMENT OR REPRESENTATION MADE TO AN AGENCY OR DEPARTMENT OF THE UNITED STATES.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: <u>COUNT ONE: AT LEAST TEN YEARS AND NOT MORE THAN LIFE IMPRISONMENT; UP TO $250,000 FINE; UP TO 5 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT</u>; <u>COUNT TWO: AT LEAST FIVE YEARS AND NOT MORE THAN 15 YEARS IMPRSONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT; COUNTS THREE - FOUR: 20 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 5 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5,000 SPECIAL ASSESSMENT NON-INDIGENT FOR EACH COUNT OF CONVICTION; COUNT FIVE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT; COUNT SIX: UP TO 5 YEARS IMPRISONMENT; A $250,000 FINE; NO MORE THAN 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3